```
 1  Prober & Raphael
    A Law Corporation
 2  Dean R. Prober, Esq., #106207
    Lee S. Raphael, Esq., #180030
 3  Cassandra J. Richey, Esquire #155721
    David F. Makkabi, Esquire #249825
 4  20750 Ventura Boulevard, Suite 100
    P.O. Box 4365
 5  Woodland Hills, CA 91365-4365
    (818) 227-0100
 6  Attorneys for Movant
 7  U.S. Bank, N.A. its Successors and/or Assigns
    F.040-2100
 8
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | ) | Bk. No. 10-70531 |
|---|---|---|
| | ) | |
| JACQUELINE ESTEFANIE LALLY AKA JACQUELINE YURIAR, JACQUELINE CALDERON, JACQUELINE RODRIGUEZ, | ) ) ) | CHAPTER 7 |
| | ) | R.S. No. DRP – 876 |
| Debtor. | ) ) | |
| | ) | Hearing- |
| | ) | Date : November 17, 2010 |
| | ) | Time : 2:00 p.m. |
| | ) | Place : U.S. Bankruptcy Court |
| | ) |      1300 Clay Street, 2nd Floor |
| | ) |      Oakland, CA |
| _____ | ) |      Courtroom 201 |

**CERTIFICATE OF SERVICE**

I,    Asalia Catalan    , declare that

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On November 18, 2010 , I served the within Order on Motion for Relief from Automatic Stay on the interested parties in this action by placing true and correct copies in the United States Mail at Woodland Hills, California, addressed as follows:

[X]   (By Mail [Federal]) I placed such envelope with postage thereon fully prepaid in the United States mail at Woodland Hills, California.

[X]   (By Mail [State]) I am readily familiar with Prober & Raphael's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[ ]   (By Personal Service) I caused such envelope to be delivered by hand to the addressee(s).

[X]   Executed on November 18, 2010 , at Woodland Hills, California.

[X]   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]   (Federal) I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

*/s/ Asalia Catalan*

CASE NO.: 10-70531
DEBTOR : JACQUELINE ESTEFANIE LALLY

INTERESTED PARTIES

U.S. Bankruptcy Court
Judge Roger L. Efremsky
Attention: Chambers Copies
P.O. Box 2070
Oakland, CA 94604-2070

Jacqueline Estefanie Lally
1636 Charles Rd.
San Leandro, CA 94577
Debtor

Carl Gustafson, Esquire
Lincoln Law Center
2258 Monument Blvd.
Pleasant Hill, CA 94523
Attorney for Debtor

Paul Mansdorf
1563 Solano Avenue, #703
Berkeley, CA 94707
Chapter 7 Trustee

U.S. Trustee
1301 Clay Street, Room 690N
Oakland, CA 94612-5202